**Minutes of the United States District Court**
**Southern District of California**
**JUNE 2, 2008**

| | |
|---|---|
| **HON. LEO S. PAPAS** | **DEPUTY CLERK: J. JARABEK** |

---

TAPE NO. LSP08-13:58-14:35

```
08MJ1684-LSP      USA     vs.    FRANK BERTOLINO III (1)(C)(SE) 08687298
                                 DOMINICK BERTOLINO (2)(C)(SE) 08688298

INITIAL APP                      DAN SMITH, GENERAL APPEARANCE FOR DEFT #1
ON COMP                          JAMES CHAVEZ OF FEDERAL DEFENDERS, S/A FOR DEFT #2

                                 AUSA: JOHN KRAMER
```

---

DOA: 5/28/08

CASE REASSIGNED TO JUDGE PAPAS

GOVT'S ORAL MOTION TO UNSEAL THE COMPLAINT AND ARREST WARRANTS - GRANTED

DFTS' FIRST APPEARANCE; DFTS INFORMED OF CHARGES

MICHAEL CROWLEY, CJA - PROVISIONALLY APPOINTED FOR DEFT #2

COURT SETS BOND AT $100,000 P/S OR C/CS AS TO EACH DEFENDANT

PRELIMINARY HEARING SET FOR 6/12/08 9:30AM BEFORE JUDGE PAPAS

13 MINS