| | |
|---|---|
| 1 | THOMAS P. MATTHEWS (SBN 163089) |
| 2 | LIBERTY LAWYERS |
|   | 1094 CUDAHY PLACE, SUITE 308 |
| 3 | SAN DIEGO, CA 92110 |
|   | PHONE: (619) 236-3400 |
| 4 | FAX: (619) 236-3480 |
| 5 | |
|   | ATTORNEY FOR DEFENDANT |
| 6 | DOMINICK BERTOLINO |

**FILED**
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (MAGISTRATE JUDGE LEO PAPAS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08-MJ1684 |
| Plaintiff | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| Dominick Bertolino | ) | |
| Defendant. | ) | |

The Defendant in the above-referenced matter, DOMINICK BERTOLINO, hereby substitutes THOMAS P. MATTHEWS, as his attorney of record for all matters pertaining to the above-entitled action in the place and stead of MICHAEL L. CROWLEY.

DATED: 6/9/08

DOMINICK BERTOLINO

I consent to this substitution:
DATED: 6/9/08

THOMAS P. MATTHEWS

I consent to this substitution:
DATED: 6/11/08

MICHAEL L. CROWLEY

It is So ordered 6/12/08

---
SUBSTITUTION OF ATTORNEY
- 1 -